## PICKETT V. LONG & RICHARDSON MERCANTILE CO.

(Decided November 27, 1913.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. L. SOWELL.

No counsel marked for either party.

Per curiam. Appeal dismissed for want of prosecution.

---

## PIZITZ V. SIMS.

(Decided November 25, 1913.)

APPEAL from Birmingham City Court.

Heard before Hon. JOHN H. MILLER.

No counsel marked for appellant. HARSH, BEDDOW & FITTS, for appellee.

Per curiam. Appeal dismissed.

---

## RAINES V. THE STATE.

(Decided February 5, 1914.)

APPEAL from Franklin Circuit Court.

Heard before Hon. C. P. ALMON.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

Per curiam. Appeal dismissed.

---

## RICHESON, ET AL. V. RUSSELLVILLE CANNING COMPANY.

(Decided February 5, 1914.)

APPEAL from Franklin Circuit Court.

Heard before Hon. C. P. ALMON.

No counsel marked for either party.

Per curiam. Affirmed on certificate.